# EXHIBIT 13



VIS 00749



# EXHIBIT 14

Particle size 

Absolute molecular weight 



# The ultimate in desktop protein characterization

*Exhibit 14*

86





## Zetasizer nano

## making light work for proteins

Add the power of advanced light scattering technology to your protein laboratory

How do you know if the protein is well-behaved in the buffer? What is the true form of the protein in solution? Improve accuracy, reliability and ease of use with the most advanced system available – the Zetasizer Nano.

- **A maintenance free system ideally suited to your protein characterization needs.**

## Protein size

Non-invasive back scatter (NIBS®) technology takes protein size measurement to new levels of sensitivity with the possibility of sub 1nm and 1000Da size measurement. The new Zetasizer Nano is the choice for accurate, reliable and repeatable size analysis including protein melting point determination.

- **Protein size analysis**
- **Screening for crystalization conditions**
- **Determine aggregates**
- **Protein melting points**

## Performance

Optimized for the characterization of proteins in solution, the Zetasizer Nano offers the highest sensitivity and accuracy of any system available. This is achieved using Non-Invasive Backscatter (NIBS) Technology, which gives the best ever performance for the detection of biomolecules without having to use a high power laser source

- **Detect and quantify aggregation**
- **Quantify polydispersity**
- **Increase likelihood of successful crystallization**
- **Run analysis from 2°C - 120°C**

## Molecular weight

Using static light scattering (SLS) and the classical Debye plot, the molecular weight of globular proteins up to $2 \times 10^7$ Da and random coiled polymers up to $5 \times 10^6$ Da can be determined without the necessity for multi-angle measurement.

- **Absolute method, no calibration**
- **2nd virial coefficient determination**
- **Shape estimate capability**
- **Protein-ligand binding**





 **Zetasizer** nano

**making light work for proteins**

# Meeting your needs

At Malvern we constantly seek to improve every instrument we design and produce. This process is made possible because we continually ask our customers what they think and what they need before turning those wishes into reality.

| You asked for | We give you |
|---|---|
| *Simple operation* | Standard operating procedures (SOPs) that ensure measurements can be repeated using exactly the same parameters |
| *Fast measurements* | Total time required under 1 minute for most protein samples |
| *Low sample volume* | Only 12µL sample required |
| *Sample recovery* | Technique is non-invasive so sample can be entirely recovered |
| *High sensitivity for the measurement of small molecules at low concentrations* | Patented NIBS optics gives the highest sensitivity available from a dynamic light scattering instrument |
| *Wide temperature range* | Control over 2ºC to 120ºC with rapid change between temperatures |
| *Result quality assessment* | A result quality report using an 'Expert system' approach gives information about the quality of the data |
| *Automated trend measurements* | Automated measurements as a function of time and temperature as standard, pH, conductivity and additive concentration using optional autotitrator |
| *Flexible choice of output* | Range of reports supplied as standard, plus automated export to third party applications such as Excel® |
| *Compliance with regulatory standards* | Method used for analysis complies with the requirements of ISO13321, 'Particle size analysis-photon correlation spectroscopy' |

# Options

A range of options is available to extend the use of the Zetasizer Nano over a wider range of application requirements.

- **Effective charge - Zeta potential measurement**
- **Autotitrator for automated change of sample conditions, pH, conductivity and additive concentration**
- **Narrow band filter to improve the signal for fluorescent samples**
- **Research software for extended post processing capabilities and analysis methods**
- **21CFR part 11 operating mode**





**Making light work for proteins**

# What do you want to do?

## Determine conditions for optimal crystal growth

The Zetasizer Nano employs both static and dynamic light scattering techniques to characterise the parameters important for optimising protein crystallization.

Sample polydispersity is an important indicator for the likelihood of producing high quality crystals. Measurement is fast, simple and requires only 12μL of sample.

A different approach involves the determination of the narrow "crystallization slot" using the second virial coefficient. Use of this parameter avoids the time spent attempting to crystallize in unpromising conditions.



## Identify thermal characteristics



Stable and accurate temperature control is part of the fundamental design of the Zetasizer Nano. A low thermal mass allows fast changes in temperature to reduce the time for temperature trend measurements.

An SOP is provided that automates the measurement of protein size and scattering intensity over a user defined range of temperatures. The protein melting point, or denaturation temperature, is then automatically calculated and added to the graph and report.

To enable the Zetasizer Nano to operate at temperatures down to 2°C, a purge port directs dry air across the measurement windows to prevent condensation.

*89*



**making light work for proteins**

# What more do you want to do?

## Monitor changes as a function of time, pH, sample concentration and more...

The characterisation of a protein will be more complete if measurements are made over a range of conditions. Monitoring size as a function of time can give information on aggregation, sedimentation, solubilization and changes in molecular conformation.

Couple the Zetasizer Nano with the optional MPT-2 Autotitrator and a whole range of sample conditions can be programmed, including pH, conductivity, additive concentration.



## Measure in a variety of solvents



Solvent viscosity and refractive index must be accurately known for reliable protein size characterization.

If these values are not already known, or cannot conveniently be measured, the Zetasizer Nano software includes a solvent builder utility.
The operator simply selects the type and concentration of the constituents of the solvent from a list supplied. The utility then calculates their net effect on viscosity and refractive index of the sample to ensure the size is accurately reported.

A highly accurate viscometer is available as an option for unknown solvents, and for the most accurate results.



| Overview | Zetasizer nano |
|---|---|
| | Size and molecular weight measurement of proteins, particles, emulsions and molecules |

**Size measurement**
| Lower size limit | 0.3nm hydrodynamic radius* |
| Minimum sample volume | 12µL |
| Concentration range | 0.1mg/mL at 15kDa |

**MWt measurement**
| Molecular weight range | $1 \times 10^3$ to $2 \times 10^7$ Da* |
| Minimum sample volume | 12µL |
| Minimum sample volume for automated measurement using titrator | 3mL |

**Zeta potential measurement**
| Minimum sample volume | 0.75mL |
| Maximum sample conductivity | 200mS/cm |

**Automated trend measurement**
| Standard software | Time and Temperature |
| Using optional MPT-2 autotitrator | pH, conductivity or additive |

**Standard specifications**
| Temperature range | 2ºC to 90ºC |
| Condensation control | Purge facility using dry air |
| Laser | 4mW He-Ne, 633nm |
| Product laser class | Class 1 compliant, EN 60825-1:2001 and CDRH |
| Size | 320mm, 600mm, 260mm (W,D,H) |
| Weight | 18kg |

**Accessories**
| MPT-2 Multi-purpose titrator | Automated change of sample conditions, pH conductivity or any additive |
| SV-10 Viscometer | Fast and simple measurement, 0.3 to 10,000 mPa.s, 1% accuracy over whole range |

**Options**
50mW 532nm laser
Narrow band optical filter, 633nm or 532nm
Research data processing software
21 CFR part 11 operating mode software
High temperature upgrade to 120ºC
* Sample dependent

**Malvern Instruments Limited**
Enigma Business Park • Grovewood Road • Malvern • Worcestershire • UK • WR14 1XZ
**Tel:** +44 (0)1684 892456 • **Fax:** +44 (0)1684 892789

**Malvern Instruments Worldwide**
Sales and service centres in over 50 countries. For details visit www.malvern.co.uk/contact


Zetasizer nano

# Protein characterization made easy

www.malvern.co.uk/proteins

distributor details

Malvern Instruments is part of Spectris plc, the Precision Instrumentation and Controls Company.

spectris



# Software Update Notification



| Filename: | Software Update Notification for DTS v5.00 | Doct. Version No: | 1 |
| Date: | Feb 2007 | Author: | M.T.Connah |

| Product | PartNo.-Issue |
|---|---|
| Software suite | PSS0012-13 |

| Product | PartNo./Version |
|---|---|
| Zetasizer Nano series | PSW0085/5.00 |
| Firmware | PFW0044/1.33 |

| Manuals | PartNo./Version |
|---|---|
| Zetasizer Nano series | MAN0317/3.00 |
| MPT-2 | MAN0318/3.00 |

## Software update summary

| Main features Version 5.00 |
|---|
| New installation menu and additions to the installation disk |
| Installation test macro |
| Implementation of a flow mode, including flow workspace, data processing and report |
| Addition of Expert system |
| Extension of protein utilities |
| Addition of SOP player |
| Ability to run macro programs |
| Range of user interface changes and enhancements |
| Addition of protein workspace |
| New directory structure for Vista compatibility |
| Ability to save data up to the point when a measurement is aborted |

## NOTE
## Version 5.00 is not compatible with the HPPS

*Zetasizer Nano series Application Software for use with (English) Microsoft Windows 2000 sp2 and Windows XP Pro*

## Contents

Contents..............................................................................................................2
1.      Overview ..................................................................................................3
    1.1    Main feature comments.....................................................................3
2.      Compatibility.............................................................................................6
    2.1    Optics unit ........................................................................................6
    2.2    Data..................................................................................................6
    2.3    Computer..........................................................................................6
3.      Installation ................................................................................................6
    3.1    Installation Procedure for Windows XP Pro ......................................6
    3.2    USB Driver Installation .....................................................................7
    3.3    Uninstall Procedure ..........................................................................7
    3.4    Software change requests implemented in Version 5.00 from 4.20 .........7
    3.5    Known Issues and comments ............................................................9
4.      Customer deliverables ............................................................................10
    4.1    Application Software Suite................................................................10

*Zetasizer Nano series Application Software for use with (English) Microsoft Windows 2000 sp2 and Windows XP Pro*

## 1. Overview

This document is the software release note for Zetasizer Nano series software P/N PSW0085 for software suite PSS0012-13 in accordance with DCO4254

This is an update of version 4.20, and there are a number of major functional changes and a large number of detail changes over the previous version. The link below is a multimedia presentation is available with the main features of version 5.00. If the link doesn't work directly, copy and paste into your browser address bar.

https://www.brainshark.com/malvern/version5newfeatures

### 1.1    Main feature comments

#### 1.1.1    Installation changes

The software suite comes on an auto-loading CD-ROM. Inserting the drive into a system configured to Auto-run, will run the installation program automatically. If your system does not support this feature run the **setup.bat** program from the root directory of the installation disk.

This interface gives access to a variety of options, one being to install the new software. The installation procedure will now detect the presence of an old version of software and give the option of uninstalling this first.
The manual is available on the CD for detailed information on the software changes and instruction of how to use the new features included.
Also available is an installation test macro and access to a selection of application notes and a wide range of frequently asked questions.

#### 1.1.2    Installation test macro

This is available in the tools menu item under macros, installation test. When this macro is run you will be given instructions on how to proceed. The sample required is the Zetasizer transfer standard DTS0050, supplied with each system. The zeta potential test requires the use of the new clear folded capillary cells, and the size test a standard size cuvette. The molecular weight test is performed during the size measurement to assess the intensity of light scattered by the sample.
This macro will automatically detect the system type, and run tests as appropriate.
A report is generated giving the results of the tests.

#### 1.1.3    Addition of flow mode

The new flow mode feature is the provision for support for the Zetasizer Nano to operate in continuous flow mode. The parameters measured and displayed are the light scattering intensity and the hydrodynamic size. These values are stored in a single record that can be viewd as a size or molecular weight distribution be intensity, volume and number.
It is possible to connect up the signal output from up to two other detectors to the Zetasizer Nano optics unit. This enables all the signals to be viewed simultaneously on screen, and the values stores stored in the same record for subsequent data evaluation. A hardware upgrade is required to do this.
The system needs a flow cell. The standard ZEN0023 flow cell is suitable for flow rates up to 1mL/min, but requires new connectors and tubing.
A flow data processing tool is available. Selecting 'Edit result' brings up the interactive flow trace chart in which you can modify the intensity baseline, and adjust trace delay times. This allows a modification of the automatic setting for the baseline setting by dragging the yellow baseline marker up and down. The automatic peak selection and width of each peak can also be manually altered by dragging the sides of each peak as appropriate.
A new flow workspace is available with appropriate headings for use in flow made. New reports in this workspace include a chromatogram summary, and intensity, volume and

*94*

*Zetasizer Nano series Application Software for use with (English) Microsoft
Windows 2000 sp2 and Windows XP Pro*

number distributions based on Mie calculations of the intensity distribution generated by the chromatography output.

### 1.1.4   Addition of Expert system

The live measurement pane contains a live report of the quality of the data being generated, for both single measurements and series of repeat measurements. The single measurements use the same criteria used for the quality report in version 4, the difference being that the comments can be viewed during the measurement. During a series of repeat measurements, the system is looking at trends. Comments will be given about variability in the results, changes in the sample that could be caused by aggregation or dissolution, and one of the commonest issues, where the first measurement is different because the sample hadn't time for the temperature to stabilise.
All three modes of size, zeta potential and molecular weight are assessed

### 1.1.5   Extension of protein utilities

A number of new facilities have been added to the protein utilities.
These include the conversion of hydrodynamic size to molecular mass, as well as the converse. There are a new set of concentration utilities: A guide to help calculate the minimum concentration that can be measured for any molecular mass and any system, and a calculator that takes known information on the sample such as the size, concentration and optical properties, and calculates a range of parameters, including, the numbers of particles in the sample and probe volume, the volume fraction as well as the expected and derived count rates.

### 1.1.6   Addition of SOP player

This facility allows a free design of the measurement sequence. As well as allowing SOP's to be chained together, a number of other commands are available.
This enables the user to increment the temperature, include pauses, make additions from the titrator, and save this as a sequence. This sequence can be programmed to run multiple times.
A new toolbar is available which enables a selection of recently used SOPs.

### 1.1.7   Ability to run macro programs

The new macros option is a facility to enable Malvern to provide users with programs to solve a particular measurement requirement, not yet anticipated during the development.
This will mean that facilities can be provided that don't require the release of a new version of software

### 1.1.8   Range of user interface changes and enhancements

A tree view is now used rather than a tab view when running a manual measurement or creating an SOP. The wizard has been replaced by a forward and backward button that steps the user through each screen.

The live display has been simplified to contain just 4 tabs.

The first tab contains a single graph and a measurement summary pane. Right clicking on the graph displays a selection of graphs. This graph view will remain until changed, even if the computer is shut down.

The second tab is the multi-view. This displays three graphs simultaneously. The display on each graph can be altered by right clicking on the appropriate graph and making a selection. The size of each pane can be changed to suit the user preferences.

The third tab is the log sheet, and the fourth tab is the 'Expert Advice' view.

The size of the live view window can be altered by dragging the right corner.



*Zetasizer Nano series Application Software for use with (English) Microsoft Windows 2000 sp2 and Windows XP Pro*

1.1.9    Addition of protein workspace.

The new workspace displays parameters units and reports appropriate for protein applications

1.1.10    New directory structure

We have implemented a new directory structure as we migrate towards the requirements of the Vista operating system which we be shipping next January.

The software will generate the following folder tree under the current user's My Documents folder when the application starts:

My Documents\Malvern Instruments\DTS\Acrobat Results
My Documents\Malvern Instruments\DTS\Export Templates
My Documents\Malvern Instruments\DTS\Export Data
My Documents\Malvern Instruments\DTS\Disabled Macros
My Documents\Malvern Instruments\DTS\Macros
My Documents\Malvern Instruments\DTS\Measurement Data
My Documents\Malvern Instruments\DTS\Reports
My Documents\Malvern Instruments\DTS\Protein Calculations
My Documents\Malvern Instruments\DTS\SOP
My Documents\Malvern Instruments\DTS\User Calculations

It also copies the sample database files to the "My Documents\Malvern Instruments\DTS" folder. This now means that each user (a user mean each person that logs into Windows under a different name) will have their own set of files. They have their own copy of the default report pages, default macros, default SOPs, default export templates, default sample database files, and default protein calculation files. The software will not overwrite the defaults files in the "My Documents\Malvern Instruments\DTS" folder if they are already there, i.e. it only copies them if it needs to. This will impact users in that if they wish to share measurement data files or SOPs they must use the DTS Options dialog in the software to set the locations to a shared folder. Users will be unaffected by these changes if they log into Windows using the same account name, i.e. administrator. The Research Feature Key is now installed on a per-user basis as well. So each user that wants to access the research features has to install the key. The 21 CFR feature key can only be installed by someone with Administrator access rights and once it's installed it will be active for all users of the DTS software.

The directories selected for measurement data, SOP's and exported data are available as icons on the toolbar as a shortcut.

1.1.11    Flow workspace, with new reports

1.1.12    Aborted measurements

The software now saves data up to the point that the measurement is aborted, e.g. aborting a size measurement after the 10th run will save the result for the first 10 runs. This can optionally be disabled.

## 2. Compatibility

### 2.1    Optics unit

Version 5.00 software is compatible with all hardware variants of the Zetasizer Nano series. It is not compatible with the HPPS

### 2.2    Data

Version 5.00 will read data from all versions from 3.xx and 4.xx. It will not read data from Version 1.00 or Version 1.10 software. If data taken with a previous version is edited, even if only the sample name is changed, the result can change due to small changes designed to improve the analysis.

### 2.3    Computer

#### 2.3.1    Operating system

Version 5.00 is compatible with Windows 2000 SP4 and higher, and Windows XP Pro. It has been fully tested with SP2, and partially tested with SP1. When using Windows 2000, before starting the installation process, the 'Windows Installer Update' must be selected as suggested during the installation process.

NOTE: Windows XP 'Home' versions are not supported

#### 2.3.2    Minimum Computer Requirements

Pentium PC 233MHz, 128MByte RAM, 80MByte free hard disk space, 1024 x 768 screen resolution, CD-ROM drive, 1 free USB port, Windows XP Pro (SP1a or later) operating system.

The software and system can be used with a laptop computer with a free USB port.
The PC must meet the minimum requirements of the operating system software.

#### 2.3.3    Recommended Computer Requirements

Pentium P4 PC 2.6GHz, 512MByte RAM, 40GByte hard disk drive, 1024 x 768 screen resolution, CD-ROM drive, USB port, Windows XP Pro (SP1a or later) operating system.

The software and system can be used with a laptop computer with a free USB port.

## 3. Installation

### 3.1    Installation Procedure for Windows XP Pro

The software suite comes on an auto-loading CD-ROM. Inserting the drive into a system configured to Auto-run a CD will run the installation program automatically. If your system does not support this feature run the ***setup.bat*** program from the root directory of your CD drive.
This software cannot be co-resident with previous versions 3.xx, 4.xx or 5.xx

**Note:** For DTS Series software, Windows XP ™ Pro will not allow an installation if the user does not have administrator access. This is in line with Microsoft's Logo policy and is standard practice.

**Note:** If the system has a previous version of 3.xx or 4.xx installed, then this must be uninstalled before version 5.00 is installed as it cannot be co-resident. The software installation routine will scan for previous versions and offer the user the option of uninstalling the old version. If the user decides not to uninstall the existing software version, the installation sequence will abort.

*97*

### 3.2    USB Driver Installation

**Note:** Driver installation on Windows XP ™ Pro will fail if the user does not have administrator access. This is in line with Microsoft's Logo policy and is standard practice.

#### 3.2.1    Windows XP Pro

With the software installed the instrument should be connected via the USB port. This will result in the found new hardware dialogue appearing:



This should be left with the default selection of 'Install the software automatically' and the 'Next' button should be selected so that file transfer begins. During file transfer a similar warning dialogue as appeared in the previous section may be displayed. Once again the 'Continue Anyway' button should be pressed so that file transfer completes. Once file transfer has completed the 'Finish' button should be pressed to complete the installation.

### 3.3    Uninstall Procedure

The software can be uninstalled using the standard Add/Remove feature in the Windows 'Control panel'

### 3.4    Software change requests implemented in Version 5.00 from 4.20

#### 3.4.1    Additions

| SCR | Description |
|-----|-------------|
| 2880 | A toolbar button for manual measurement has been added |
| 3046 | A multi display has been added to available tabs in live view |
| 4483 | A facility to run macro's has been made available in the standard software |
| 4388 | An SOP player has been added to 'chain' SOP's and incorporate other commands in a customized measurement procedure |
| 4473 | The ability to create a new workspace from an existing one has been added |

*98*

*Zetasizer Nano series Application Software for use with (English) Microsoft Windows 2000 sp2 and Windows XP Pro*

| SCR | Description |
|-----|-------------|
| 4475 | The instrument settings are auto detected for SOP and manual measurements. |
| 4947 | Viscosity temperature dependence for common dispersants included |
| 5330 | The cell type ZEN0023 has been included for titration measurements. |
| 5554 | The average intensity has been added to the graphic display of molecular weight |
| 5752 | The SOP Polystyrene in toluene has been added |
| 5964 | The log sheet can now be saved to a user specified folder. |
| 5965 | The minimum count rate allowable has been reduced to 10Kcps for Nano S and 1Kcps for Nano S90 |
| 6003 | It is now possible to enter negative dn/dc values. |
| 6027 | Shortcuts to commonly used folders are available on the application tool-bar. |
| 6076 | It is now possible to edit results generated from an averaged result. |
| 6348 | Attenuator value used in molecular weight measurement is now shown on molecular weight report. |

3.4.2    Deletions

None

3.4.3    Changes

| SCR | Description |
|-----|-------------|
| 5767 | Display of the wall zeta potential in the measurement window deleted |
| 5753 | Implement reasonable default Mark-Houwink parameters |
| 5728 | Instruction to flush cell with copious amounts of water to zetastandard.sop |
| 5611 | Store pH parameter to all titrations |
| 5608 | Status indicator LED now stops blinking when measurement finished, and 'Do you want to repeat the measurement is deleted |
| 5592 | Measurement optimization now happens after an initial wait for temperature equilibration |
| 5561 | Red exclamation mark (!) displayed on the Advanced Button in the Result Calculation tab in a size record |
| 5560 | The protein melting point and temperature trend measurements have been simplified |
| 5922 | The wait before switching off a 532nm laser has been increased from 60 to 120 minutes. |
| 5271 | "Count rate is out of range" in the Size Quality Report now has an additional possible explanation when the mean count rate is >1000kcps |
| 5308 | The result average function in Zeta potential is now more tolerant of changes in the width of the result bands |
| 5376 | Molecular weight measurements are now always performed at translation position 4.65mm |
| 5959 | The number of decimal places in the SOP editor has been corrected |
| 3386 | The minimum sample time has been changed from 0.5μS to 0.25μS |
| 3573 | A count rate check is done first during a titration measurement: |
| 4503 | Titration results are now plotted on the trend chart as soon as they are available. |
| 4689 | Edit Zeta Result is now available for sample measured using monomodal |
| 2984 | It is now possible to specify a fixed attenuator in zeta measurements. |
| 4286 | Number of runs allowed is now 10,800 |

*Zetasizer Nano series Application Software for use with (English) Microsoft
Windows 2000 sp2 and Windows XP Pro*

### 3.4.4   Bug Fixes

| SCR | Description |
|-----|-------------|
| 5276 | The "Insufficient Signal Collected" test in the Size Quality Report has errors in its calculation corrected |
| 5673 | The incorrect status light sequence at power up on some systems has been corrected |

## 3.5     Known Issues and comments

### 3.5.1   USB Detection

USB detection occurs automatically on new computers. On older computers the instrument is not always detected automatically and the instrument icon in the bottom right-hand corner of the status bar will remain greyed-out. This is fixed by closing the application, restarting the computer and restarting the software.

### 3.5.2   Samples database update

The samples database was updated after version 3.32 for the dispersants 'Water' and 'Ethylene glycol'. The update will occur when the new software is installed and will lead to changes in the measurement results.

### 3.5.3   Missing parameters in user reports

The parameter dictionary has been updated for this version of the software and some of the parameters have changed. For reports that the user may have created containing the affected parameters, the parameters will become undefined. This can be seen when a report is opened and the parameter displays the text 'No parameter has been selected' or if the nothing is shown next to the text label (i.e. the value appears blank). To fix this problem for each parameter carry out the following steps:-
1) Double-click on the affected parameter to bring up it's property dialogue.
2) Click the 'Select' button to display the 'Select a parameter' dialogue.
3) Select the relevant parameter.

**N.B.** Remember to correct the affected parameters on both the screen and page layout views of the report.

### 3.5.4   Results

The analysis algorithms for the calculation of size, zeta potential and molecular weight, including data filtering, are being continually improved. The effect of this is that if data taken from a previous version of software is edited, the result may change, even if only the sample name is edited.
This is because the algorithms themselves are not stored with the record.
This does not apply to parameters stored with the record such as the viscosity, and refractive index etc. as the same parameters are always used in the recalculation of the edited result.

This does not of course change the result of the stored record, as after editing a new record is created. To tell if a record is the original or has been edited, the parameter 'Is edited' can be added to a report or the record view. This can be found in the measurement audit information section of the parameters list. It will display 'False' if the record has not been edited.



## 4. Customer deliverables

### 4.1    Application Software Suite

The software is contained on one CD-ROM. The disk is labelled PSS0012/13

The installed software requires about 80Mbytes of hard disk space.

4.1.1    Disk contents

- Operating software including update help files for all new features
- Zetasizer Nano series manual, Issue 3.00
- Multimedia presentation of new features
- MPT-2 manual, version 3.00
- Firmware version 1.33
- USB drivers for the Zetasizer Nano
- Software Update Notifications for changes from previous software version
- Adobe Acrobat reader
- Selection of application notes
- Selection of technical notes
- Frequently asked questions database
- Product brochures
- Installation test macro

*101*



# zetasizer
## nano series

# user manual



# Zetasizer Nano
# User Manual

MAN0317 Issue 3.1  July 2007

## Advanced features

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-1

Solvent Builder . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-2

SOP Player . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-5

Result averaging . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-10

Editing the result . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-11

Exporting results . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-13

Flow-mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-17

Options dialogue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-24

Expert Advice . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-28

## Creating Custom Reports

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-1

Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-2

Opening an existing report . . . . . . . . . . . . . . . . . . . . . . . . . . 12-3

Creating a new report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-3

Adding elements to the report . . . . . . . . . . . . . . . . . . . . . . . . 12-4

Setting up the report elements . . . . . . . . . . . . . . . . . . . . . . . 12-5

Selecting elements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-14

Aligning and sizing elements . . . . . . . . . . . . . . . . . . . . . . . . 12-14

Saving a report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-15

A finished report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-15

Viewing the new report . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-16

Other information shown on a report . . . . . . . . . . . . . . . . . . . . 12-16

Protecting a report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-16

## Protein Utilities

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-1

Debye plot . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-2

Molecular weight calculations . . . . . . . . . . . . . . . . . . . . . . . . 13-7

Concentration utilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-10

Scattering functions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-11

*104*

# EXHIBIT 15



False advertising – Malvern claims ability to determine % Pd by showing data from Protein Solutions DynaPro, not Malvern



False advertising – Malvern claims A2 by showing Data from Wyatt DAWN, not Malvern

http://www.malvern.com/malvern/kbase.nsf/0/A6DF88A5D95FE15480256C06005C3D55/$file/MRK455-02%20D - Windows Int...

http://www.malvern.com/malvern/kbase.nsf/0/A6DF88A5D95FE15480256C060 ▼

http://www.malvern.com/malvern/kbase.nsf/0/A6DF...

Live Search

Low concentration
Light scattering conditions

High concentration
Crystal growth conditions

**Figure 4:** Schematic showing the types of aggregation observed at low and high concentration for typical protein samples. The $A_2$ zones are those detailed in the Debye plots shown in Figure 2, and the size distributions are representative of those measured for each zone at the dilute concentrations used for static and dynamic light scattering measurements. Note that $\%Pd = (\text{Polydispersity Index})^{\frac{1}{2}} \times 100$.

EndoPG Ia, the de-glycosylated form of EndoPG Ia. The researchers were unable to crystallize a fourth form of the enzyme, EndoPG Ib, with three sugar chains per protein, and reported difficulty in obtaining quality crystals for the EndoPG Ic form of the enzyme.[9]

The pre-crystal studies for the EndoPG I project included DLS characterization under dilute conditions. The DLS results for the study are shown in Figure 5, which indicates polydispersity values of 7.4%, 14.9%, and 21.2% for the three protein forms where crystals were obtained and 29.1% for the form that failed to produce crystals. These results are consistent with the ~20% Pd rule of thumb for DLS crystal screening.

| De-EndoPG Ia | EndoPG Ia | EndoPG Ib | EndoPG Ic |
|---|---|---|---|
| Pd = 7.4% | 14.9% | 29.1% | 21.2% |
| Crystals | Crystals | No Crystals | Crystals |



**Figure 5:** DLS results (Pd = polydispersity) from the pre-crystal characterization of the four forms of EndoPG I and crystal photos.

3    Zetasizer Nano application note    MRK455-02

MALVERN

DynaPro results yet this brochure is a Malvern "Zetasizer Nano Application note"



False advertising – these are DynaPro results not Malvern results…



Yet this presentation is about measuring absolute Protein molecular weight with the Malvern



False advertising – these are DynaPro results showing how to determine molecular conformation,



False advertising – these are DynaPro results showing single angle light  scattering capabilities,



False advertising – these are DynaPro results showing 'shape' determination, not Malvern



False advertising – these are DynaPro calibration curves showing estimate MW, not Malvern

False advertising – these are DynaPro results showing conformational analysis, not Malvern



1/4

False advertising – these are DynaPro results not Malvern results...



115



Yet this presentation is about Protein and Biopolymer Characterization with the Malvern Zetanano.



False advertising – these are DynaPro calibration curves



False advertising – these are DynaPro conformation results not Malvern results…



False advertising – these are DynaPro crystal screening results not Malvern results…



Yet this presentation is about measuring absolute Protein molecular weight with the Malvern



False advertising – these are DynaPro shape analysis results not Malvern results…