# EXHIBIT 16



http://www.malvern.com/LabEng/industry/protein/proteins.htm    Live Search

# Malvern
### solutions in material characterization

Store  ▼ Company  Language English ▼

▼ Laboratory  ▼ Process  ▼ Industry  ▼ Processes  ▼ Support  ▼ Education

Products  Solutions  Services



## Protein solutions

You are here:  ▸ Home  ▸ Industry solutions  ▸ Protein solutions

# Protein characterization- size and molecular weight in batch mode and by SEC

**More information:**

+ Protein characterization overview

+ Measuring absolute molecular weight

+ What is the Hydrodynamic radius

+ About Dynamic Light Scattering

+ About Zeta Potential

+ Malvern Zetasizer Nano for proteins

**Case studies :**

+ Protein Crystallization Screening

+ Protein melting point

+ Protein formulation stability

Proteins form the major building blocks of life. Many recent pharmaceutical advances (e.g. therapeutics, antibodies) are based on detailed knowledge and characterization of the underlying proteins involved.

How do you know if the protein is well-behaved in the buffer supplied?

What is the true form of the protein in solution?

Achieve the best possible competitive advantage by:

+ **Optimizing protein crystallization conditions**

+ **Measuring at true concentrations used in research environment**

+ **Determining absolute molecular weight and polydispersity**

+ **Assessing the importance of the second virial coefficient**

+ **Characterizing protein homogeneity by dynamic light scattering**

+ **Combining chromatography with dynamic light scattering to determine size and molecular weight**



New option: Chromatography flow mode



Interactive minimum concentration calculator for your protein

Click here

## Registration

Free login for premium information.
Register here to customize your relationship with Malvern

● Login

● Sign up

● My profile

## Rapid find



Choose a section... ▼

## Quick search



● Search

Powered by Google

Download our Protein Characterization brochure

False – can't determine molar mass from DLS and SEC





## Protein Solutions

You are here: → Home → Industry solutions → Protein solutions → **Absolute molecular weight**

# Measuring absolute molecular weight

Absolute molecular weight is often of interest for determining the oligomeric state of a protein for a particular solution condition or preparation. There are several methods to determine absolute molecular weight:

- Mass spectrometry (MS)
- Osmometry
- Analytical ultra centrifugation (AUC)
- Chromatography
- Light Scattering

Some of these techniques may not always test the solution properties, may require significant amount of sample, or measurements may take from several hours to several days to complete. Very often for proteins, absolute molecular weight is measured by reference methods such as chromatography where the elution time of the peak is compared to the elution of a standard in the same column.

With light scattering there is no reference needed. If the concentration and the refractive index increment of the sample are known, then from the absolute amount of light scattered (the intensity) one can determine the absolute molecular weight, or molar mass, and the second virial coefficient $A_2$. It is called absolute, because no further assumption has to be made about the sample or its behavior with respect to another measurement technique (as would be the case for a native gel or HPLC run).

**Presentations:**

**More information:**

→ Protein characterization overview

→ What is the Hydrodynamic radius

→ Malvern Zetasizer Nano for proteins

**ase studies :**

→ Crystal screening

→ Protein melting point

→ Protein formulation stability

**Registration**

Free login for premium information
Register here to customize your relationship with Malvern

◉ Login

◉ Sign up

◉ My profile

**Rapid find**



Choose a section...

**Quick search**



◉ Search    ❓

Powered by **Google**

123

---

False– can't determine absolute molecular weight from chromatography

# EXHIBIT 17



The front page of the presentation states "Zetasizer Nano Applications"

# EXHIBIT 18

Version 5 Software from Malvern



About...

Dispersion Technology Software

5.00

Copyright © 2002-2007 Malvern Instruments Ltd

Dispersion Technology Software contains Macromedia
Flash™ Player software by Macromedia, Inc., Copyright
© 1995-2003 Macromedia, Inc. All rights reserved.
Macromedia and Flash are trademarks of Macromedia, Inc.

OK

125

Exhibit 18



126

# Malvern V5 Protein Utilities – Molecular Weight Calculation Tab



## DynaPro Dynamics 6.2.05

## Malvern ZetaSizer Nano DTS



The Malvern Hydrodynamic Diameter Estimate software matches the critical elements of the DYNAMICS V6 Calculator.  Both programs require the input of the Molecular Weight, from which the Estimated Radius (or Diameter) is calculated from the same four Molecular models.



The MW Calculators yield the same results.

Malvern ZetaSizer Nano DTS

DynaPro Dynamics 6.2.05

129

# Infringement of Protein Solutions Dynamics V6 "Statistics Table". The Mean, Standard Deviation, %S are displayed for the 'selected' measurements (referred to as 'records' by Malvern). The operator can elect to hide these results.

# The ZetaSizer Nano manual refers to a "Statistics Bar" function in order to show Mean, Standard Deviation, Min and Max values.The bar can be viewed or hidden from display.



CHAPTER 5      Z e t a s i z e r   N a n o   S e r i e s

## Statistics

The statistics bar can be used to display the Standard deviation, the minimum, the maximum or the mean of a selected number of records. Select View-Statistic bar from the menu bar, and then the options to display. A bar will be added to the bottom of the record view displaying each of the parameters selected.

| Record | Type | Sample Name | Measurement Date and Time | T °C | Z-Ave d.nm | PDI | ZP mV | Mob. µmcm/Vs |
|---|---|---|---|---|---|---|---|---|
| 47 | Size | Hb in PBS | 14 July 2003 10:23:21 | 39.0 | 20.8 | 0.556 | | |
| 48 | Size | Hb in PBS | 14 July 2003 10:31:02 | 40.0 | 32.4 | 0.529 | | |
| 49 | Size | Hb in PBS | 14 July 2003 10:38:25 | 41.0 | 99.3 | 0.662 | | |
| 53 | Size | Hb in PBS | 14 July 2003 11:06:06 | 45.0 | 361 | 1.000 | | |
| 56 | Size | Hb in PBS | 25 February 2006 11:43:10 | 25.0 | 100 | 0.002 | | |
| 57 | Size | Hb in PBS | 25 February 2006 12:04:10 | 25.0 | 100 | 0.002 | | |
| Mean | 50.62 | | | 43.0 | 159 | 0.648 | | |
| Std Dev | | | | 1.0 | 60.4 | 0.351 | | |

To display the statistics of a number or records, hold down Shift or Ctrl and then the records required in the normal Windows fashion; the statistics bar will be automatically updated as each record is chosen.

**View-Statistic bar-Hide will remove the statistics bar from the record view.**

## Units conversion

Within the Records view, it is possible to change the units used to define some of the parameters. If the option is available, clicking on a parameter column will display a parameter icon enabling the units to be changed. A check mark (√) will be displayed next to the currently selected units.

# Infringement of DynaPro Dynamics V6 "Units" Menu.
Dynamics 6.2.05 contains a feature allowing the operator to change units, by right-clicking on the units of the parameter. A check mark indicates the selected units.



The Malvern ZetaSizer Nano DTS software also provides a feature allowing the operator to change units for parameters…by clicking on the parameter's column.  A check mark is displayed next to the currently selected units.



# EXHIBIT 19

# ZetaSizer Nano DTS software SOP interface is quite similar to DynaPro user interface.



Exhibit 19

134

# Similarities in design between ZetaSizer Nano "SOP Player" and DynaPro



In DYNAMICS V6 but in different menu locations.

# EXHIBIT 20

# Infringement of the DynaPro software Axial Ratio Calculator

## Malvern Calculator:



## Protein Solutions V5.26.56:



# Infringement of the Protein Solutions V5 MW Calculator. The MW calculator determines the estimated MW from the entered Radius (Diameter).



This part of the Malvern V5 Calculator (left) reflects the DYNAMICS V5 calculator (above).



The ZetaSizer Nano DTS software Molecular Weight Estimate produces the same results as the DynaPro Dynamics V5.26.56 software.