JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYATT TECHNOLOGY CORPORATION, a California Corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>MALVERN INSTRUMENTS INCORPORATED, a Massachusetts corporation; DAVID DOLAK, an individual; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No.  CV07-8298 ABC (RZx)<br><br>Assigned to the Hon. Audrey B. Collins<br><br>**[PROPOSED] FINAL JUDGMENT**<br><br>[Filed Concurrently With Joint Status Report and Stipulation Re: Entry of Judgment]<br><br>NOTE: CHANGES MADE BY THE COURT |

This action was brought by plaintiff Wyatt Technology Corporation ("Wyatt") against defendants Malvern Instruments Incorporated and David Dolak ("Defendants"). The operative pleading is Wyatt's Second Amended Complaint, filed April 14, 2008.

**IT IS NOW ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. For the reasons set forth in the Court's July 29, 2009 Order Granting In Part And Denying In Part Defendants' Motions For Partial Summary Judgment On Copyright And Noncopyright Claims, the Court's September 23, 2009 Order Granting Defendants' Motion For Partial Summary Judgment On Plaintiff's Copyright Claims 1-3, and the parties' February 3, 2010 Joint Status Report and Stipulation Re: Entry of Judgment, judgment is hereby entered in favor of Defendants and against Wyatt on all of the claims in the Second Amended Complaint.

2. The Court retains jurisdiction to resolve Defendants' Request for Sanctions for Plaintiff's Violation of the Court's November 14, 2008 and September 10, 2009 Orders and any motion for attorneys' fees and/or application to the clerk to tax costs that may be filed.

**THE CLERK IS DIRECTED TO ENTER THIS JUDGMENT FORTHWITH.**

Dated:  February  04, 2010

_____
Honorable Audrey B. Collins
United States District Judge

**JUDGMENT IS SO ENTERED.**

~~Dated:  February ___, 2010~~

_____

1

1 ~~Clerk of the Court~~

Submitted by:

FRISENDA, QUINTON & NICHOLSON
Frank Frisenda

/s/ Frank Frisenda
_____
   Frank Frisenda
   Attorney for Plaintiff
   Wyatt Technology Corporation


SIDLEY AUSTIN LLP
Rollin A. Ransom
Jennifer A. Ratner
Johari N. Townes

 /s/ Rollin A. Ransom
_____
   Rollin A. Ransom
   Attorneys for Defendants Malvern
   Instruments Incorporated and David
   Dolak

2